UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. MJ10-257 |
| v. | ) **DETENTION ORDER** |
| JUAN RAMIREZ-GONZALES, | ) |
| Defendant. | ) |

Offense charged:

   Illegal Reentry after Deportation.

Date of Detention Hearing: June 18, 2010.

   The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   (1)   Defendant has been charged by complaint with illegal reentry after deportation. He is not a citizen of the United States. The Court received no information about his personal

DETENTION ORDER - 1

1 history, residence, family ties, employment history, or health.

2     (2)    Because defendant is not a citizen, an immigration and customs detainer has been
3 lodged against him.  In view of these circumstances, the defendant through his attorney
4 stipulated to detention.

5     It is therefore ORDERED:

6     (1)    Defendant shall be detained pending trial and committed to the custody of the
7 Attorney General for confinement in a correctional facility separate, to the extent practicable,
8 from persons awaiting or serving sentences, or being held in custody pending appeal;

9     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
10 counsel;

11     (3)    On order of a court of the United States or on request of an attorney for the
12 Government, the person in charge of the correctional facility in which Defendant is confined
13 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
14 connection with a court proceeding; and

15     (4)    The clerk shall direct copies of this order to counsel for the United States, to
16 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services
17 Officer.

18     DATED this 17th day of June, 2010.

19

20                                         BRIAN A. TSUCHIDA
21    \                                    United States Magistrate Judge

22

23

DETENTION ORDER - 2